IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| SELENE COMMUNICATIONS TECHNOLOGIES, LLC, | ) ) ) | |
|---|---|---|
| Plaintiff, | ) ) ) | |
| v. | ) ) | Civ. No. 14-340-SLR |
| DELL INC., | ) ) ) | |
| Defendant. | ) | |
| SELENE COMMUNICATIONS TECHNOLOGIES, LLC, | ) ) ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | Civ. No. 14-341-SLR |
| EMC CORPORATION, | ) ) ) | |
| Defendant. | ) | |
| SELENE COMMUNICATIONS TECHNOLOGIES, LLC, | ) ) ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | Civ. No. 14-535-SLR |
| HEWLETT-PACKARD COMPANY, | ) ) ) | |
| Defendant. | ) | |

**MEMORANDUM ORDER**

At Wilmington this 5th day of August, 2014, having reviewed the papers submitted in connection with defendants' motions to sever and reassign the U.S. Patent No. 7,143,444 claims to Chief Judge Stark, and having conferred with the parties and with Chief Judge Stark;

IT IS ORDERED that said motions[1] are granted, in the interests of judicial economy[2] and fairness.  As discussed at the scheduling conference, the parties are expected to use their best efforts to coordinate with each other in good faith to minimize duplicative depositions of party witnesses and third parties, efforts which will be monitored by Magistrate Judge Fallon.

                                                      _____
                                                            United States District Judge

---

[1] Defendant Dell Inc.'s motion in Civ. No. 14-340 (D.I. 18); defendant EMC Corporation's motion in Civ. No. 14-341 (D.I. 20); and defendant Hewlett-Packard Company's motion in Civ. No. 14-535 (D.I. 12).

[2] Chief Judge Stark has been assigned the cases filed by plaintiff Selene Communication Technologies, LLC related to the '444 patent.

2