IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| SELENE COMMUNICATIONS TECHNOLOGIES, LLC, | ) ) ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | Civ. No. 14-340-SLR |
| DELL INC., | ) ) ) | |
| Defendant. | ) | |
| SELENE COMMUNICATIONS TECHNOLOGIES, LLC, | ) ) ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | Civ. No. 14-341-SLR |
| EMC CORPORATION, | ) ) ) | |
| Defendant. | ) | |
| SELENE COMMUNICATIONS TECHNOLOGIES, LLC, | ) ) ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | Civ. No. 14-535-SLR |
| HEWLETT-PACKARD COMPANY, | ) ) ) | |
| Defendant. | ) | |

**O R D E R**

At Wilmington this 6th day of August, 2014, in accordance with the Court's memorandum order of August 5, 2014, granting defendants' motions to sever and reassign the U.S. Patent No. 7,143,444 claims to Chief Judge Stark;

IT IS ORDERED that the Clerk of Court is hereby directed to assign three

separate civil action numbers using each of the above captions.  All claims relating to U.S. Patent No. 7,143,444 shall be transferred to the new cases to be assigned to Chief Judge Stark.  All parties and attorneys shall be copied to the new case dockets.

                                              _____
                                                     United States District Judge